IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TONY JERALD THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) CV306-044 |
| FRED BURNETTE, Warden, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for summary judgement is **DENIED**, Defendant's motion for summary judgment is **GRANTED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Defendant.

SO ORDERED this 12th day of Sept., 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE